IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF         ) | |
| THE EXTRADITION OF      )  | No. 24-mj-01365-DLC |
| T.C.                              ) | |

**ASSENTED TO MOTION TO POSTPONE THE HEARING**

Now comes T.C. who through counsel moves to continue today's status hearing from 11am until 1:30pm. Counsel has conferred with the government and with counsel for Ms. Tok, and the time is convenient for all parties. The Government assents to the change in time.

As reason therefore, counsel cites a previously scheduled hearing in another court that creates a conflict with the currently scheduled status conference in this matter.

Respectfully Submitted,

T.C.
By his attorney,

/s/ Victoria Kelleher

Victoria Kelleher
Kelleher & Maceo, P.C.
BBO #637908
53 State Street
Suite 500
Boston MA 02109
978-744-4126

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of this document was served on all counsel of record this day, June 18, 2024, and with the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, 02210.

<u>/s/ Victoria Kelleher</u>

Victoria Kelleher