## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS


| | |
|---|---|
| **IN THE MATTER OF** ) | |
| **THE EXTRADITION OF** ) | **No. 24-mj-01365-DLC** |
| **T.C.** ) | |


### REQUEST TO FILE MOTIONS UNDER SEAL

Now comes T.C., a sixteen year-old American citizen with no prior criminal history, who moves this Honorable Court permit counsel to file the Juvenile's "Motion for Release from Detention" and "Motion for the Juvenile's Proceedings to be in a Closed Courtroom and to Seal the Docket" under seal.

As reason therefore, counsel for T.C. cites to all facts and circumstances described in the "Motion for the Juvenile's Proceedings to be in a Closed Courtroom and to Seal the Docket."

Respectfully Submitted,

T.C.
By his attorney,

/s/ Victoria Kelleher

Victoria Kelleher
Kelleher & Maceo, P.C.
BBO #637908
53 State Street
Suite 500
Boston MA 02109
978-744-4126

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served on all counsel of record this day, June 18, 2024, and with the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, 02210.


/s/ Victoria Kelleher


Victoria Kelleher