UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| IN THE MATTER OF ) | |
| THE EXTRADITION OF ) | No. 24-mj-01365-DLC |
| T.C. ) | |

_____

## **NOTICE OF LIMITED APPEARANCE**

Now comes the undersigned and hereby enters his limited appearance as co-counsel for T.C. in the above-captioned matter.

                                Respectfully Submitted,

                                /s/ *Martin G. Weinberg*
                              Martin G. Weinberg, Esq.
                              Mass. Bar No. 519480
                              20 Park Plaza, Suite 1000
                              Boston, MA 02116
                              (617) 227-3700
                              owlmgw@att.net

Dated: June 19, 2024

## **CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this date, June 19, 2024, a copy of the foregoing document has been served *via* Electronic Court Filing system on all registered participants.

/s/ *Martin G. Weinberg*
Martin G. Weinberg, Esq.