IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN THE MATTER OF         )
THE EXTRADITION OF       )          No. 24-mj-01365-DLC
T.C.                     )

## ASSENTED TO MOTION TO SEAL

Now comes T.C. who through counsel moves to seal Exhibits A-D, which are referenced in defense counsel's second affidavit in support of T.C's release from detention, filed June 23, 2024.

As reason therefore, the exhibits contain personally identifying information, including a booking photo of T.C. taken at Manson in his prison garb, and the release of such information violates the state laws of Connecticut where he is housed and Massachusetts where the government is proceeding against him. The government assents to this motion.

Respectfully Submitted,

T.C.
By his attorney,

/s/ Victoria Kelleher

Victoria Kelleher
Kelleher & Maceo, P.C.
BBO #637908
53 State Street
Suite 500
Boston MA 02109
978-744-4126

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of this document was served on all counsel of record this day, and with the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, 02210.

<u>/s/ Victoria Kelleher</u>

Victoria Kelleher