IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF            )<br>THE EXTRADITION OF         )<br>T.C.                        ) | No. 24-mj-01365-DLC |

**ASSENTED TO MOTION TO SEAL**

Now comes T.C. who through counsel moves to seal Exhibit A, which is referenced in defense counsel's fourth affidavit in support of T.C's release from detention, filed June 23, 2024.

As reason therefore, the exhibit contain personally identifying information, including a Boston Police Department body camera video depicting T.C.'s arrest and search, stills taken from that video, and media description.  The government assents to this motion.

Respectfully Submitted,

T.C.
By his attorney,

/s/ Victoria Kelleher

Victoria Kelleher
Kelleher & Maceo, P.C.
BBO #637908
53 State Street
Suite 500
Boston MA 02109
978-744-4126

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of this document was served on all counsel of record this day, and with the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, 02210.

<u>/s/ Victoria Kelleher</u>

Victoria Kelleher