IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| THE EXTRADITION OF | ) | No. 24-mj-01365-DLC |
| T.C. | ) | |

## NOTICE

The United States of America hereby provides notice that the United States Marshals Service intends to move T.C. from the Manson Youth Institution to another juvenile facility. The government has notified counsel for T.C. of the name and location of this facility and will keep counsel apprised of the exact date of the move once it is set.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/ Kristen A. Kearney*
KRISTEN A. KEARNEY
Assistant U.S. Attorney

Date:  July 8, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Kristen A. Kearney*
KRISTEN A. KEARNEY
Assistant U.S. Attorney