Case 1:24-mj-01365-DLC   Document 65-1   Filed 07/15/24   Page 1 of 1

# Federal Holds

**Reardon, Cecely A (DYS)** <cecely.a.reardon@mass....>  Wed, Jul 10, 10:20 AM (5 days ago)

to me

Attorney Kelleher,

I am writing in response to your inquiry regarding whether the MA Department of Youth Services (DYS) can hold your juvenile client, who is currently subject to proceedings in the U.S. District Court in Boston. Pursuant to G.L. c. 120, section 25, DYS is authorized to hold youth committed to its care (detained) or custody (committed in resolution of pending matters) by the authority of the U.S. Courts or Magistrates.

Should the U.S. Marshals Service request that MA DYS hold your client during the pendency of his proceedings, we are happy to coordinate with them, subject to our bed capacity at the time of their request.

Thank you,
Cecely Reardon

Cecely A. Reardon
She/Her/Hers
Commissioner
Department of Youth Services
600 Washington Street, 4th Floor
Boston, MA  02111
617-960-3304

Warning:  This message is intended for the person(s) listed above.  If the reader of this message is not an intended recipient, you are hereby notified that any review, disclosure, copying, forwarding, or dissemination of this transmission is strictly prohibited.  If you have received this message in error, please notify the Department of Youth Services immediately.  Thank you for your cooperation.

[Thank you for getting back to me!]  [Thank you for the information.]