IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF ) | |
| THE EXTRADITION OF ) | No. 24-mj-01365-DLC |
| T.C. ) | |

**GOVERNMENT'S EXHIBIT 1**
**TO COMPLAINT AS TO T.C. (Dkt. 5-1)**

The United States of America hereby files a redacted copy of Exhibit 1 to the Complaint as to T.C. (Dkt. 5-1). Because of the file size, the government has broken Exhibit 1 into three parts (A, B, and C).

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/ Kristen A. Kearney*
KRISTEN A. KEARNEY
Assistant U.S. Attorney

Date: July 16, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Kristen A. Kearney*
KRISTEN A. KEARNEY
Assistant U.S. Attorney