**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **IN THE MATTER OF** | ) | |
| **THE EXTRADITION OF** | ) | **No. 24-mj-01365-DLC** |
| **T.C.** | ) | |

**NOTICE OF JUVENILE'S RESPONSE TO THE COURT'S ORDER**

Now comes T.C. who through counsel responds to the Court's Order issued on July 16, 2024 in which T.C. was invited to state his preference between Manson Youth Institute in Connecticut and Northeast Juvenile Detention Center in New Jersey. Of these options, T.C. requests that he be detained at the Manson Youth Institute in Connecticut.

Respectfully Submitted,
T.C.
By his attorney,

/s/ Victoria Kelleher

Victoria Kelleher
Kelleher & Maceo, P.C.
BBO #637908
53 State Street
Suite 500
Boston MA 02109
978-744-4126

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served on all counsel of record this day, July 17, 2024, and with the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, 02210.


/s/ Victoria Kelleher


Victoria Kelleher