UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF T.C | Docket No. 24-mj-01365-DLC |

**ASSENTED-TO MOTION TO FILE SUPPLEMENTAL REPORT IN FURTHERANCE OF T.C.'S REQUESTS IN DKT. 74 AND DKT. 96 UNDER SEAL**

Now comes juvenile T.C., by and through undersigned counsel, and hereby respectfully request this Honorable Court to allow him to file a supplemental report authored by Dr. Elliot Atkins, a child psychologist and therapist in Evesham, NJ, in support of his Second Emergency Motion to Reconsider Order Denying Release Due to Serious Assault on the Juvenile in the Custody off Newark NJ and Refusal by Manson to take Custody (Dkt. 74) and his Motion Seeking an Order on Juvenile's Motion to Reconsider and Request for an Expedite Hearing (Dkt. 96) under seal. As grounds and reasons therefore, the undersigned respectfully states that the report contains confidential medical information that should not be released to the public. Furthermore, the contents of the report could also potentially jeopardize the juvenile's safety and security at his current facility. The government assents to the instant request.

Respectfully Submitted,

T.C., a Juvenile
By his attorneys,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
BBO #519480
20 Park Plaza
Suite 1000
Boston, MA 02116
(617) 227-3700

**/s/ Victoria Kelleher**
Victoria Kelleher
Kelleher & Maceo, P.C.
BBO #637908
53 State Street
Suite 500
Boston MA 02109
978-744-4126

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served on all counsel of record this day, August 16, 2024, and with the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, 02210.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.