IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF ) | |
| THE EXTRADITION OF ) | No. 24-mj-01365-DLC |
| T.C. ) | |

## AFFIDAVIT OF WARDEN TODD BARCLIFF

I, Todd Barcliff, hereby depose and state as follows:

1. I am the Warden of the Essex County Juvenile Detention Center ("Essex JDC") in Newark, New Jersey.

2. T.C. has been housed in a medical observation/orientation unit since July 20, 2024. This unit is designed for residents on medical observation and for new admissions to the facility before they are medically cleared to transfer to a more permanent unit. Staff had planned to transfer T.C. to a more permanent unit, but he requested to stay in the medical observation/orientation unit as he felt safer there.

3. All residents, including T.C., are required to be in their cells from 9:00 p.m. until 8:00 a.m. Residents, including T.C., attend school from 8:00 a.m. to 2:00 p.m. School was in recess since August 16, 2024, and has resumed again beginning September 5, 2024. While in school, residents, including T.C., have access to a gymnasium. All residents, including T.C., are required to be in their cells from 2:00 p.m. until approximately 3:15 p.m. for shift change.

4. Specific to T.C.'s unit, because it is for medical observation and orientation for newly admitted residents, when a new resident is admitted to the unit, all residents in that unit are required to be in their cell. Outside of those times, during normal operations, T.C. is free to leave his cell and access the common area of the unit, including the phones. Additionally, T.C. is provided three calls per day through his social worker.

5. At times, Essex JDC operates outside of normal operations, for instance if there is a facility emergency. During this time, residents may be confined to their cells for their safety. Staff strive to minimize such interruptions, but at times they are unavoidable.

Signed under the pains and penalties of perjury, this 5th day of September, 2024.

*/s/ Todd Barcliff*
Todd Barcliff, Warden

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Kristen A. Kearney*
KRISTEN A. KEARNEY
Assistant U.S. Attorney