UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF T.C | Docket No. 24-mj-01365-DLC |

**ASSENTED-TO MOTION FOR LEAVE TO FILE TWO EXHIBITS TO RESPONSE TO GOVERNMENT'S MEMORANDUM OF LAW IN SUPPORT OF EXTRADITION AND IN OPPOSITION TO T.C.'S MOTION TO DISMISS UNDER SEAL**

Now comes juvenile T.C., by and through undersigned counsel, and hereby respectfully request this Honorable Court to allow him to file two exhibits to his Response to the Government's Memorandum of Law in Support of Extradition and in Opposition to T.C.'s Motion to Dismiss, containing confidential medical information that should not be released to the public, under seal. The government assents to the instant request.

    Respectfully Submitted,

    T.C., a Juvenile
    By his attorneys,

    */s/ Martin G. Weinberg*
    Martin G. Weinberg, Esq.
    BBO #519480
    20 Park Plaza
    Suite 1000
    Boston, MA 02116
    (617) 227-3700

    */s/ Victoria Kelleher*
    Victoria Kelleher
    Kelleher & Maceo, P.C.
    BBO #637908
    53 State Street
    Suite 500
    Boston MA 02109
    (978) 744-4126

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of this document was served on all counsel of record this day, September 13, 2024, and with the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, 02210.

              **/s/ Martin G. Weinberg**
              Martin G. Weinberg, Esq.