IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF ) | |
| THE EXTRADITION OF ) | No. 24-mj-01365-DLC |
| T.C. ) | |

## JOINT MOTION TO SEAL

Pursuant to Local Rule 7.2 and the Court's sealed Order (Dkt. 147), the United States of America and T.C. jointly request to seal those portions of the Order denying T.C.'s Emergency Motion for Reconsideration (Dkt. 146) that are redacted in the attached exhibit. The redacted portions of the Order cover a discussion of confidential medical information of T.C. Medical information is "universally assumed to be private, not public." *United States v. Kravetz*, 706 F.3d 47, 59, 63 (1st Cir. 2013) (quoting *In re Boston Herald, Inc.*, 321 F.3d 174, 190 (1st Cir. 2003)). Accordingly, the parties request to seal those portions of the Order that discuss confidential medical information, as redacted in the attached.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/ Kristen A. Kearney*
KRISTEN A. KEARNEY
Assistant U.S. Attorney

Respectfully submitted,

T.C., by his attorneys,

By:    */s/ Victoria Kelleher*
       VICTORIA KELLEHER
       Kelleher & Maceo, P.C.
       53 State Street, Suite 500
       Boston, MA 02109

By:    */s/ Martin G. Weinberg*
       MARTIN G. WEINBERG
       20 Park Plaza, Suite 1000
       Boston, MA 02116

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

       */s/ Kristen A. Kearney*
       KRISTEN A. KEARNEY
       Assistant U.S. Attorney