IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF ) | |
| THE EXTRADITION OF ) | No. 24-mj-01365-DLC |
| T.C. ) | |

### GOVERNMENT'S ASSENTED-TO MOTION TO SEAL

Pursuant to Local Rule 7.2, the United States of America respectfully requests to file its Proposed Certification and Committal for Extradition order under seal, with the redacted version filed herewith on the public docket. As grounds therefore, the government states that the Certification and Committal for Extradition requires the use of T.C.'s full name, which thus far has been sealed in the above-captioned case because T.C. is a juvenile. Counsel for T.C. assents to this request.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

    Respectfully submitted,

    LEAH B. FOLEY
    United States Attorney

Date: February 12, 2025

By:   */s/ Kristen A. Kearney*
    KRISTEN A. KEARNEY
    Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    */s/ Kristen A. Kearney*
    KRISTEN A. KEARNEY
    Assistant U.S. Attorney