UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF<br>THE EXTRADITION OF T.C. | )<br>)<br>)<br>)   No.  24-mj-01365-DLC<br>)<br>) |

**ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION
TO REOPEN AND MOTION TO STAY ON OR BEFORE APRIL 10, 2026.**

T.C., by and through undersigned counsel, respectfully moves this Honorable Court for leave to file a reply in support of his Motion to Reopen Extradition Hearing, Dkt. 176, and Motion to Stay Extradition, Dkt. 177, on or before April 10, 2026. In support, T.C. states that the Government filed its consolidated Opposition on April 3, 2026, Dkt. 178, raising arguments concerning the legal effect of the March 10, 2026 indictment and the addition of Article 22/3 of the Turkish Penal Code. A brief reply will assist the Court in addressing those issues, including the standard for reopening, the nature of Article 22/3, and the Treaty implications under Articles 7 and 16. The requested reply will be concise and limited to matters raised in the Government's Opposition.

Undersigned counsel has conferred with counsel for the Government, who assents to this request, but not to the allowing of the underlying motions.

**WHEREFORE**, T.C. respectfully requests that this Court grant leave to file a reply on or before April 10, 2026.

<div style="margin-left: 50%;">

Respectfully Submitted,
T.C.,
By His Attorneys,

*/s/ Martin G. Weinberg*
Martin G. Weinberg, Esq.

</div>

1

BBO #519480
20 Park Plaza Suite 1000
Boston, MA 02116
(617) 227-3700

*/s/ Victoria Kelleher*
Victoria Kelleher
Kelleher & Maceo, P.C.
BBO #637908
53 State Street, Suite 500
Boston MA 02109
(978) 744-4126

*/s/ Maksim Nemtsev*
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served on all counsel of record this day, April 6, 2026, via ECF

/s/ **Martin G. Weinberg**
Martin G. Weinberg, Esq.

2